UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DUFORT J. BAPTICHON,

                Plaintiff,

v.

THE U.S. DEPARTMENT OF EDUCATION,
AGENT AND ASSIGN(S),

                Defendant.

Civil Action No.
25-CV-6564

(_____, J.)
(_____, M.J.)

**NOTICE OF REMOVAL**

TO:    THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF NEW YORK:

PLEASE TAKE NOTICE that the above-captioned action, pending in the Supreme Court of the State of New York, County of Nassau, has been removed to the United States District Court for the Eastern District of New York. JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, MEGAN J. FREISMUTH, Assistant United States Attorney, of counsel, respectfully states the following facts upon information and belief:

    1.    On or about October 27, 2025, Plaintiff Dufort J. Baptichon ("Plaintiff"), *pro se*, commenced the above-captioned action in the Supreme Court of the State of New York, County of Nassau, bearing Index Number 623240/2025 (the "State Court Action"). *See* Summons and Verified Complaint (the "Complaint"), dated October 27, 2025, attached hereto as Exhibit A. Plaintiff alleges, *inter alia*, that "defendant . . . forged the plaintiff/student' [sic] signature on a loan credit document or promissory note, which thereby fraudulently violated both student plaintiff's due process rights, (procedural and substantial) and legal rights guarantees of the Constitution, and the defendant unlawfully rendered the plaintiff liable to the defendant for the alleged educational loan that is by law legal latches that unreasonably prejudiced the student

plaintiff." *Id.*, p.3.

2.  Plaintiff has not filed proof of service of the Summons and Complaint in the State Court Action on Defendant United States Department of Education ("DOE").

3.  Because this action is against or directed to the DOE, an agency of the United States, this action may be removed pursuant to 28 U.S.C. § 1442(a)(1), without waiver of any and all arguments that respondent and/or the United States of America, including any of its agencies and/or employees or officers, may have regarding the District Court's subject matter jurisdiction over the substantive claims asserted in this action.

4.  In accordance with 28 U.S.C. § 1446(a), a copy of the Summons and Complaint, dated October 27, 2025, is attached hereto as Exhibit A.

5.  Pursuant to 28 U.S.C. § 1442(a)(1), this action may be removed to this Court because the Complaint is against or directed at the United States of America and purports to raise matters under federal law.

6.  Pursuant to 28 U.S.C. § 2408, the United States of America may remove this action without a bond.

7.  In accordance with 28 U.S.C. § 1446(d), the filing of a copy of this notice with the Clerk of the Court, Supreme Court of the State of New York, County of Nassau, shall effect the removal and the state court shall proceed no further unless and until the case is remanded.

WHEREFORE, it is respectfully requested that the above-captioned action pending in the Supreme Court of the State of New York, County of Nassau, be removed to this Court.

Dated:   Central Islip, New York
         November 25, 2025                          Respectfully submitted,

                                                    JOSEPH NOCELLA, JR.
                                                    United States Attorney
                                                    Eastern District of New York
                                                    610 Federal Plaza
                                                    Central Islip, New York 11722

                                              By:   /s/ Megan J. Freismuth
                                                    Megan J. Freismuth
                                                    Assistant United States Attorney
                                                    (631) 715-7905
                                                    megan.freismuth@usdoj.gov

TO:   Ananias Grajales, Chief Clerk
      Supreme Court of the State of New York
      County of Nassau
      100 Supreme Court Drive
      Mineola, New York 11501

      Dufort J. Baptichon
      188 N. Long Beach Avenue
      Freeport, New York 11520

3